# First District Court of Appeal
## State of Florida

_____

No. 1D18-864
_____

KENNETH GRADY,

Appellant,

v.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a Christiana
Trust, not individually but as
Trustee for Hilldale Trust,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

January 25, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Kenneth D. Grady, pro se, Appellant.

Shawn Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for Appellee.